No. 71–1523. HUNT *v.* MCNAIR, GOVERNOR OF SOUTH CAROLINA, ET AL. Appeal from Sup. Ct. S. C. [Probable jurisdiction noted, 409 U. S. 911.] Motion of the Attorney General of New Jersey for leave to file an untimely brief as *amicus curiae* granted.

No. 72–486. FEDERAL POWER COMMISSION *v.* MEMPHIS LIGHT, GAS & WATER DIVISION ET AL.; and

No. 72–488. TEXAS GAS TRANSMISSION CORP. *v.* MEMPHIS LIGHT, GAS & WATER DIVISION ET AL. C. A. D. C. Cir. [Certiorari granted, 409 U. S. 1036.] Motions of Independent Natural Gas Association of America and Jersey Central Power & Light Co. et al. for leave to file briefs as *amici curiae* granted.

No. 72–490. MCDONNELL DOUGLAS CORP. *v.* GREEN. C. A. 8th Cir. [Certiorari granted, 409 U. S. 1036.] Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.

No. 72–586. CADY, WARDEN *v.* DOMBROWSKI. C. A. 7th Cir. [Certiorari granted, 409 U. S. 1059.] Motion of respondent for appointment of counsel granted. It is ordered that William J. Mulligan, Esquire, of Milwaukee, Wisconsin, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 72–1139. GRIT ET AL. *v.* WOLMAN ET AL. Appeal from D. C. S. D. Ohio. Motion to expedite and to advance oral argument denied.

No. 72–6032. BOYDEN *v.* CARLSON, DIRECTOR OF PRISONS;

No. 72–6046. RENTSCHELER *v.* TEXAS;

No. 72–6054. COSCO *v.* MEACHAM; and

No. 72–6126. JONES *v.* BARRETT ET AL. Motions for leave to file petitions for writs of habeas corpus denied.